IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

CASE NO: 09-05300-SEK/C

IN RE: CHAPTER: 7

**CRUZ FELICIANO, ANA LUZ**
**(SS: 0094)** (SS: )

Debtor(s)

**PORTAL DE LA REINA 102** TAX ID:
**SAN JUAN, PR 00924**

_____

# INFORMATIVE MOTION
## (AMENDED SCHEDULES)

**TO THE HONORABLE COURT:**

Come(s) Now Debtor(s), represented by the undersigned attorney, and represents as follows:

1 - The debtor(s) inform(s) of the amended schedules pursuant to Rule 1009, and the amendments are to schedules: **I & J** and the amendments are to **adjust income and expenses.** See attached schedules and/or documents for details.

**WHEREFORE** applicant(s) play(s) from this Honorable Court to take notice of the amended schedules.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the chapter 13 trustee in this case and all other CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, April 21, 2010

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Tel:(787) 791-1818
Fax: (787) 791-4260

**_/S/ Juan M. Suárez Cobo_**
Juan M. Suárez Cobo
USDCPR 211010
suarezcobo@prtc.net

IN RE **CRUZ FELICIANO, ANA LUZ**                                                                                   Case No. **09-05300-SEK/C**
                                        Debtor(s)                                                                                              (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**16**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 21, 2010**          Signature: **/s/ ANA LUZ  CRUZ FELICIANO**
                                              **ANA LUZ  CRUZ FELICIANO**            Debtor

Date: _____             Signature: _____
                                                                          (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____             Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **CRUZ FELICIANO, ANA LUZ**                                    Case No. **09-05300-SEK/C**
                                  Debtor(s)                                              (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **Daughter** / **Grandson** / **Grandson** | AGE(S): **25** / **3** / **4** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **TEACHER** | |
| Name of Employer | **CARIB TECHNOLOGICAL INSTITUTE** | |
| How long employed | **5 months** | |
| Address of Employer | **HATO TEJAS CARR 2** **BAYAMON, PR  00916** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                                   DEBTOR               SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)   $ _____   $ _____
2. Estimated monthly overtime                                                             $ _____   $ _____
**3. SUBTOTAL**                                                                           $ **0.00**     $ _____
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and Social Security                                                   $ _____   $ _____
   b. Insurance                                                                           $ _____   $ _____
   c. Union dues                                                                          $ _____   $ _____
   d. Other (specify) _____                                             $ _____   $ _____
                       _____                                            $ _____   $ _____
**5. SUBTOTAL OF PAYROLL DEDUCTIONS**                                                     $ **0.00**     $ _____
**6. TOTAL NET MONTHLY TAKE HOME PAY**                                                    $ **0.00**     $ _____

7. Regular income from operation of business or profession or farm (attach detailed statement)  $ **2,400.00**  $ _____
8. Income from real property                                                              $ _____   $ _____
9. Interest and dividends                                                                 $ _____   $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above  $ _____  $ _____
11. Social Security or other government assistance
    (Specify) _____                                                     $ _____   $ _____
              _____                                                     $ _____   $ _____
12. Pension or retirement income                                                          $ _____   $ _____
13. Other monthly income
    (Specify) _____                                                     $ _____   $ _____
              _____                                                     $ _____   $ _____
              _____                                                     $ _____   $ _____

**14. SUBTOTAL OF LINES 7 THROUGH 13**                                                    $ **2,400.00**  $ _____
**15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)                      $ **2,400.00**  $ _____

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)    $ **2,400.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **CRUZ FELICIANO, ANA LUZ**      Case No. **09-05300-SEK/C**
              Debtor(s)                                        (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 824.36 |
|     a. Are real estate taxes included?   Yes ✓   No ____ | |
|     b. Is property insurance included?   Yes ✓   No ____ | |
| 2. Utilities: | |
|     a. Electricity and heating fuel | $ 115.00 |
|     b. Water and sewer | $ 58.00 |
|     c. Telephone | $ |
|     d. Other   **CELLULAR** | $ 120.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 125.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ |
| 8. Transportation (not including car payments) | $ 130.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ |
|     b. Life | $ |
|     c. Health | $ |
|     d. Auto | $ |
|     e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) **CAR LICENSE (PRORATED -** | $ 16.00 |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 364.00 |
|     b. Other   **CAR MAINTENANCE** | $ 35.00 |
|              **MAINTENANCE FEE** | $ 121.16 |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other   **EMERGENCY FUND, MEALS AND PERSONAL CARE** | $ 101.69 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.      $ **2,610.21**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ 2,400.00 |
|     b. Average monthly expenses from Line 18 above | $ 2,610.21 |
|     c. Monthly net income (a. minus b.) | $ -210.21 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

CRUZ FELICIANO ANA LUZ
1306 AVE MONTE CARLO
PORTAL DE LA REINA 102
SAN JUAN PR  00924

TREASURY SECRETARY
DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR  00902-4140

LEGAL PARTNERS PSC
BOX 316 SENORIAL STATION
SAN  JUAN PR  00926-6023

UNITED SURETY & INDEMNITY COMPANY
PO BOX 2111
SAN JUAN PR  00922-2111

COSSEC
PO BOX 195449
SAN JUAN PR  00919-5449

CRIM
PO BOX 195387
SAN JUAN PR  00918-5387

FIRST BANK
PO BOX 8318
SAN JUAN PR  00910-0318

NICOLAS QUINONES- CASTRILLO ESQ
BUFETE VAZQUEZ & VIZCARRONDO LLP
PO BOX 195389
SAN JUAN PR  00919-5389

PROPERTY MANAGEMENT
CAPITAL CENTER BLDG AVE ARTERIAL HOSTOS
SUITE 203
SAN JUAN PR  00918

TOYOTA CREDIT DE PUERTO RICO
PO BOX 71410
SAN JUAN PR  00936-8510

TOYOTA CREDIT DE PUERTO RICO
PARQUE LAS AMERICAS I SUITE 501
235 CALLE FEDERICO COSTAS
SAN JUAN PR  00936-8510

TOYOTA FINANCIAL SERVICES
PO BOX 71410
SAN JUAN PR  00936-8510